IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL FILE NO. 1:12-CR-88-TWT |
| NEAL LANDERS, Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 58] of the Magistrate Judge recommending denying the Defendant's Motion to Sever [Doc. 37], Motion to Suppress Statements [Doc. 39] and Motion for Bill of Particulars [Doc. 38]. The Magistrate Judge made sufficient factual findings that Counts 24 and 25 are related to the wire fraud scheme. The Magistrate Judge properly found that the Defendant had neither a subjective nor objectively reasonable expectation of privacy as to his jail calls. The Magistrate Judge applied the appropriate legal standard in denying the request for a bill of particulars. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Sever [Doc. 37], Motion to Suppress Statements [Doc. 39] and Motion for Bill of Particulars [Doc. 38] are DENIED.

SO ORDERED, this 13 day of December, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge